UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-964-DMG |
|---|---|
| Plaintiff, | ORDER RE: SEVERANCE OF DEFENDANTS EVERADO RAMIREZ AND CESAR CAZARES CARO AND SETTING OF TRIAL DATE ON MARCH 15, 2016 [708] |
| v. | |
| ROSA AVITIA TORRES, et al., | |
| Defendants. | |

For the reasons stated in the parties' stipulation filed herewith, it is ordered that the trial of defendants EVERADO RAMIREZ and CESAR CAZARES CARO are hereby severed from that of the remaining defendants in this case.  The trial of EVERADO RAMIREZ and CESAR CAZARES CARO will proceed, as previously scheduled, on March 15, 2016 at 8:30 a.m.  The pretrial conference, currently scheduled for February 17, 2016, is continued to March 2, 2016 at 2:30 p.m. as to Ramirez and Caro.  The motion hearing, motion *in limine* hearing, and pretrial conference as to all remaining defendants are vacated, pending a stipulation regarding the Speedy Trial Act and new final pretrial conference and trial dates.

IT IS SO ORDERED.

DATED:  February 3, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE